Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Joseph Whittington, Esq., SBN 295516
**RODRIGUEZ & ASSOCIATES**
A Professional Law Corporation
2020 Eye Street
Bakersfield, CA 93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff M.M., a minor,
though her guardian, David Evankovich

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., a minor, by and through her guardian DAVID EVANKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SCOTT WALL; DANIEL WILLIS; DENNIS COFFEE; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 1:16-cv-00376-DAD-JLT<br><br>**PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR** |

TO: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, EACH PARTY, AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

The Petition of DAVID EVANKOVICH shows:

1. Petitioner and proposed guardian ad litem is DAVID EVANKOVICH.

2. Petitioner is the biological father of Plaintiff M.M. and resides at 2810 North Chester Avenue, Apartment A in Bakersfield, California.

3. The guardian ad litem is to represent the interests of the following person: M.M. a minor, born March 21, 1999, who resides at 2810 North Chester Avenue, Apartment A in Bakersfield, California.

4. Plaintiff M.M. has no general or testamentary guardian and no previous application for appointment of guardian ad litem has been made.

5. Plaintiff M.M. has causes of action against the defendants named above and desires to bring an action in this court. The causes of action arise out of an incident where Plaintiff M.M suffered injuries after being shot by deputies on or about July 24, 2015 at Standard Park in Bakersfield, California.

6. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he will represent and has no interests adverse to the interests of that person.

WHEREFORE, Petitioner requests an order appointing DAVID EVANKOVICH as guardian ad litem of M.M. and authorizing an empowering the guardian ad litem to bring and prosecute an action as guardian ad litem on behalf of M.M. a minor, against defendants listed above.

DATED: March 18, 2016

RODRIGUEZ & ASSOCIATES

By: _____
JOSEPH WHITTINGTON
Attorneys for Plaintiff

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment of guardian ad litem under the above petition.

DATED: March 18, 2016

DAVID EVANKOVICH

## [PROPOSED]
## ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the minor M.M. as requested.

THE COURT ORDERS that DAVID EVANKOVICH is hereby appointed as the guardian ad litem for M.M. for the reasons listed in the Petition.

DATED: March    , 2016

_____
UNITED STATES DISTRICT JUDGE