1
2
3
4
5
6
7

8
## UNITED STATES DISTRICT COURT

9
### EASTERN DISTRICT OF CALIFORNIA

10

11 | M.M.,                          ) Case No.: 1:16-cv-00376  DAD  JLT
12 |            Plaintiff,          )
   |                               ) ORDER AFTER MID-DISCOVERY STATUS
13 |     v.                        ) CONFERENCE
   |                               )
14 | COUNTY OF KERN, et al.,        )
   |                               )
15 |            Defendants.        )
   |                               )
16

17       On March 14, 2017, the Court held the mid-discovery status conference.  The Court

18   discussed with counsel the lack of discovery completed.  Thus, the Court **ORDERS:**

19       1.      **No later than March 24, 2017**, Plaintiff **SHALL** obtain her school records and

20   share them with defense counsel.  Also, Plaintiff **SHALL** determine whether she agrees that the

21   video captured by the cell phone is authentic.  Finally, if not already completed, Plaintiff **SHALL**

22   propound the written discovery described in the mid-discovery status report (Doc. 25);

23       2.      **No later than March 24, 2017**, Defendants **SHALL** file the Welfare and

24   Institutions Code § 827 petition with the Juvenile Division of the Kern County Superior Court.

25   Also, Defendants **SHALL** propound the written discovery described in the mid-discovery status

26   report (Doc. 25);

27       3.      Counsel **SHALL** work diligently to complete discovery within the time remaining.

28   However, if, despite diligent efforts, they cannot do so, they may file a stipulation to amend the

1

1 case schedule, **no later than June 1, 2017**.  The stipulation **SHALL** set forth all discovery

2 completed to that point, all discovery still needed to be completed and an explanation as to why

3 these discovery efforts could not have been completed earlier.

4

5 IT IS SO ORDERED.

6    Dated:    **March 14, 2017**              **/s/ Jennifer L. Thurston**

7                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28