1  **MARK L. NATIONS, INTERIM COUNTY COUNSEL**
   By: **ANDREW C. THOMSON, DEPUTY (SBN 149057)**
2      **KATHLEEN RIVERA (SBN 211606)**
   **Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, CA 93301**
4  **Telephone 661-868-3800**
5  **Fax 661-868-3805**

6  **Attorneys for Defendants County of Kern,**
7  **Kern County Sheriff's Department, Scott**
   **Wall, Daniel Willis & Dennis Coffee**
8

9                      **UNITED STATES DISTRICT COURT**
10                     **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| M.M., a minor, by and through her guardian DAVID EVANKOVICH, | CASE NO. 1:16-CV-00376-DAD-JLT |
| Plaintiff, | STIPULATION THAT THE VIDEO (#PM5) IS AUTHENTIC AND MAY BE USED AS EVIDENCE WITHOUT FURTHER AUTHENTICATION AND/OR FOUNDATION; [~~PROPOSED~~] ORDER |
| vs. | |
| COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SCOTT WALL; DANIEL WILLIS; DENNIS COFFEE; and DOES 1 through 100, Inclusive, | (Doc. 29) |
| Defendants. | |

    **COME NOW** the Parties in this matter, Plaintiff M.M., a minor, by and through her guardian David Evankovich (hereinafter "Plaintiff") and Defendants, County of Kern, Kern County Sheriff's Office, Scott Wall, Daniel Willis and Dennis Coffee (hereinafter collectively "County Defendants") (hereinafter Plaintiff and Defendants are collectively the "Parties"), by and through their respective attorneys of record, and present this Stipulation that the video of the Incident, shot by an unknown source that requested anonymity, but was provided to Channel 17 News in an unedited version, is authentic video, and thereby respectfully agree to a Court

\ \ \

---

**STIPULATION RE: AUTHENTICITY OF VIDEO (#PM5); [~~PROPOSED~~] ORDER**
_____

1

Order that the video is authentic and may be used at trial without further authentication and/or foundation.

**THE PARTIES FIND AND AGREE AS FOLLOWS:**

1. Whereas, the Parties acknowledge that Kern County Sheriff's Office (hereinafter "KCSO") Report SR15-19003, page 61 of 73, states:

*PHYSICAL EVIDENCE:*
*Item #PM5. One compact disc containing cell phone video footage.*
*CHAIN OF EVIDENCE:*
*A cell phone video of the incident being investigated in this case was provided to the Channel 17 news by a citizen whom wished to remain anonymous. SUZANNE SULLIVAN of the Channel 17 news station provided the Kern County Sheriff`s Department`s Public Information Officer RAY PRUITT a copy of the video. PRUITT gave the copy to me which I kept in my care and custody until I booked it as evidence into the property room.*
*DETAILS:*
*On 7/27/15 Channel 17 news aired a video on the 11 o`clock news of the officer involved shooting which occurred on 7/24/15 at Standard Park. The video was given to the news by a bystander who was at the park when the incident took place. The person requested his/her identity not be revealed. The video aired on the news was obviously edited.*
*On 7/28/15 I spoke with RAY PRUITT (Public Information Officer) and requested he contact Channel 17 news in an attempt to gain a copy of the unedited version of the video for evidentiary purposes.*
*At about 1530 hours on 7/28/15 PRUITT provided me a compact disc which contained the video footage which was given to Channel 17 news.*
*The video appeared to be unedited. PRUITT said SUZANNE SULLIVAN of Channel 17 gave him the disc at 1450 hours on this date. I kept the disc in my care and custody until I booked it as evidence into the property room.*

2. Whereas, the subject unedited version of the video portion of the subject Video was received by KCSO from the television station and booked into evidence as Item #PM5 and has been made available to all Parties in this matter;

3. Whereas, counsel for all Parties have viewed the video portion of the subject Video, and have met and conferred regarding the authenticity of the subject Video; and

4. Whereas, counsel for the parties have concluded the video portion of the subject Video is authentic and accurately reflects the incident events which were recorded on the subject Video;

**STIPULATION RE: AUTHENTICITY OF VIDEO (#PM5); [PROPOSED] ORDER**
_____

1  **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties and the Parties request that this Court issue an evidentiary order, as follows:

The video portion of the subject unedited Video, booked into KCSO evidence as Item #PM5, is authentic and accurately reflects the incident events which were recorded on the subject Video, and the video portion of the subject Video may be used as evidence in this matter, including at trial, without the need for further authentication and/or foundation.

Dated: April 5, 2017                    **MARK L. NATIONS, INTERIM COUNTY COUNSEL**

By  /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendants County of Kern,
    Kern County Sheriff's Department,
    Daniel Willis & Dennis Coffee

Dated: April 5, 2017                    **RODRIGUEZ & ASSOCIATES**

By  /s/ Joseph Whittington
    Joel T. Andreesen, Esq.
    Joseph Whittington, Esq.
    Attorneys for Plaintiff

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The video portion of the subject Video (KCSO Item #PM5), described herein, may be used as evidence in this matter, including at trial, without the need for further authentication and/or foundation.

IT IS SO ORDERED.

Dated:   **April 6, 2017**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION RE: AUTHENTICITY OF VIDEO (#PM5); [PROPOSED] ORDER**