**MARK L. NATIONS, INTERIM COUNTY COUNSEL**
**By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern,**
**Kern County Sheriff's Department, Scott**
**Wall, Daniel Willis & Dennis Coffee**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.M., a minor, by and through her guardian DAVID EVANKOVICH, <br><br> Plaintiff, <br> vs. <br><br> COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SCOTT WALL; DANIEL WILLIS; DENNIS COFFEE; and DOES 1 through 100, Inclusive, <br> Defendants. | CASE NO. 1:16-CV-00376-DAD-JLT <br><br> **ORDER DIRECTING THE COURT TO CLOSE THE ACTION AS TO THE KERN COUNTY SHERIFF'S DEPARTMENT ONLY** <br><br> (Doc. 34) |

This Stipulation for Dismissal of the Kern County Sheriff's Department (hereinafter the "KCSO") is agreed upon by Plaintiff M.M., a minor, by and through her guardian David Evankovich (hereinafter "Plaintiff"), represented by Joseph Whittington, Esq. of Rodriguez and Associates, and Defendants, County of Kern, Kern County Sheriff's Department (hereinafter "KCSO"), Scott Wall, Daniel Willis and Dennis Coffee (hereinafter "Defendants"), represented by Andrew C. Thomson, Deputy County Counsel.

Plaintiff and Defendants are hereinafter collectively referred to as the "Parties" and, by and through their respective attorneys of record, and agree and stipulate as follows:

\ \ \

---

**STIPULATION AND ORDER FOR DISMISSAL OF THE KERN COUNTY SHERIFF'S DEPARTMENT**

1

**IT IS HEREBY UNDERSTOOD**, by and between the Parties to this action through their designated counsel:

The Parties understand that the Kern County Sheriff's Department is a Department and integral agency of the County of Kern.

The Parties are informed and believe that Defendant Kern County Sheriff's Department is not a proper Defendant in this litigation, and that KCSO liability, if any, is subsumed wholly and completely incorporated within the liability umbrella of the County of Kern.

**IT IS THEREFOR STIPULATED:**

Based upon the foregoing, the Parties agree and stipulate, as follows:

The Parties agree and stipulate that Defendant Kern County Sheriff's Department be dismissed, with prejudice, from this litigation.

Dated: May 31, 2017     **MARK L. NATIONS, INTERIM COUNTY COUNSEL**

By  /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendants County of Kern,
    Kern County Sheriff's Department, Scott
    Wall, Daniel Willis & Dennis Coffee

Dated: May 31, 2017     **RODRIGUEZ & ASSOCIATES**

By  /s/ Joseph Whittington
    Joseph Whittington, Esq.
    Attorneys for Plaintiff
    M.M., a minor

# ORDER

Federal Rules Civil Procedure 41(a) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close the case as to the Kern County Sheriff's Department **ONLY**.

IT IS SO ORDERED.

Dated: **May 31, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE