# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. by and through her guardian ad litem, DAVID EVANKOVICH,<br><br>Plaintiff,<br>v.<br>COUNTY OF KERN, et al.,<br><br>Defendants. | Case No.: 1:16-cv-00376 DAD JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:16-cv-00376 DAD JLT<br><br>New Case Number: 1:16-cv-00376 JLT |

The parties in this case have filed a stipulation (Doc. 39) in which they have both consented to Magistrate Judge jurisdiction over this action for all further proceedings, including trial and entry of final judgment as provided by 28 U.S.C. § 636(c)(1). Accordingly, and pursuant to the parties' written stipulation, the Court hereby REASSIGNS this case to the docket of Magistrate Judge Jennifer L. Thurston for all future proceedings and RENUMBERS the action as 1:16-cv-00376 JLT. The parties are directed to use this new case number in all future filings in this action.

IT IS SO ORDERED.

Dated: **June 30, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE