Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Joseph Whittington, Esq., SBN 295516
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA 93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff M.M., a minor,
though her guardian, David Evankovich

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., a minor, by and through her guardian DAVID EVANKOVICH, <br><br> Plaintiff, <br> vs. <br><br> COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SCOTT WALL; DANIEL WILLIS; DENNIS COFFEE; and DOES 1 through 100, Inclusive, <br><br> Defendants. | **Case No.: 1:16-cv-00376-JLT** <br><br> **PETITION FOR ORDER TERMINATING DAVID EVANKOVICH AS GUARDIAN AD LITEM FOR PLAINTIFF M.M.; [PROPOSED] ORDER** <br><br> **(Doc. 46)** |

1. Petitioner is: Plaintiff M.M., the Plaintiff in the above titled action.

2. Plaintiff, M.M. was born on March 21, 1999.

3. Petitioner's current Guardian ad Litem, DAVID EVANKOVICH, was appointed as Guardian ad Litem for Plaintiff M.M. by Order of this Court dated March 28, 2016.

4. At the time the Complaint was filed in this action, Plaintiff M.M. was a minor. Thus, it was necessary to have a Guardian ad Litem appointed in order to initiate the lawsuit and protect her rights and interests in this matter.

5. Plaintiff M.M. is no longer a minor. Plaintiff M.M. is now a competent adult, is able to manage her own affairs, understands and appreciates the rights, duties, responsibilities, and probable consequences that accompany her decisions, and therefore, no longer requires a Guardian ad Litem to protect her rights and interests in this matter.

6. THEREFORE: Petitioner, M.M. a Plaintiff herein, request that the Court discharge DAVID EVANKOVICH as Guardian ad Litem for Plaintiff M.M. from any and all obligations and responsibilities for the progress and prosecution of this action and terminate the duty and authority of such guardian ad litem to represent petitioner in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 6, 2018    RODRIGUEZ & ASSOCIATES


By: JOSEPH WHITTINGTON /S/
    JOSEPH WHITTINGTON
    Attorneys for Plaintiff

# [~~PROPOSED~~] ORDER

1. Having considered the verified petition of M.M. in this action for an order terminating the appointment of DAVID EVANKOVICH as guardian ad litem in this action, and as it appears that M.M. petitioner, is now 18 years of age, and good cause appearing:

IT IS SO ORDERED that DAVID EVANKOVICH is discharged from any further duty, liability and/or responsibility or obligations as guardian ad litem for plaintiff in this action, and that such duty and authority of such guardian ad litem is hereby terminated

IT IS SO ORDERED.

Dated: __February 8, 2018__         __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE