# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| M.M., | ) | Case No.: 1:16-cv-00376 DAD JLT |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO THE PARTIES TO SHOW CAUSE WHY THE DOCKET SHOULD NOT BE UPDATED TO REFLECT THE PLAINTIFF'S TRUE NAME |
| v. | ) ) | |
| COUNTY OF KERN, et al., | ) ) | |
| Defendants. | ) ) | |

When the matter was filed, the plaintiff was a minor. She has since reached the age or majority and, at her request, the Court has relieved the guardian ad litem of his obligations in this case. (Doc. 47) It appears that the matter need not continue with the plaintiff's identity masked on the docket or in filings. Thus, the Court **ORDERS:**

1. **No later than February 23, 2018**, the parties SHALL show cause in writing why the matter should not proceed with M.M.'s true name listed on the docket and on all future filings. In the event plaintiff agrees her full name should now be used, she SHALL provide her full name in her response.

IT IS SO ORDERED.

    Dated: **February 9, 2018**          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE