Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Joseph Whittington, Esq., SBN 295516
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA 93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff Madison Mahood, formerly identified as M.M.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON MAHOOD, formerly identified as M.M., a minor, by and through her guardian DAVID EVANKOVICH,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SCOTT WALL; DANIEL WILLIS; DENNIS COFFEE; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 1:16-cv-00376-JLT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**(Doc. 49)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS ALSO STIPULATED AND AGREED that Plaintiff agrees to a full and complete release of all claims in exchange for Defendants' waiver of costs and fees and a forbearance of filing suit against Plaintiff relating to this suit or circumstances described in Plaintiff's Complaint.

Dated: February 23, 2018　　　　　　　　　　RODRIGUEZ & ASSOCIATES

By: JOSEPH WHITTINGTON /S/_____
　　JOSEPH WHITTINGTON
　　Attorneys for Plaintiff

Dated: February 23, 2018　　　　　　　　　　MARK L. NATIONS, COUNTY COUNSEL

By: ANDREW C. THOMSON /S/_____
　　ANDREW THOMSON
　　Attorneys for Defendants

# ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefore, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __**February 23, 2018**__       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE